UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Terrance Mills     Aisha Mills

Case No.: 19-27375
Chapter: 7
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __05/26/20__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1. 51 Bryces Court, Sicklerville, NJ<br>Value $308,000.00<br>2. 1909 Greenwood Drive, Lindenwold, NJ<br>Value $64,700.00 |
|---|---|

| Liens on property: | 1 Ditech<br>$267,709.00<br>2. JPMCB<br>$35,691.00 |
|---|---|

| Amount of equity claimed as exempt: | $41,000.00<br>$9,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Brian S. Thomas, Chapter 7 Trustee
Address:     327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.:     609-601-6066

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-27375-ABA
Terrance Mills                                                      Chapter 7
Aisha Mills
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Apr 22, 2020
                              Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
```
db/jdb         +Terrance Mills,   Aisha Mills,    51 Bryces Court,    Sicklerville, NJ 08081-1675
cr             +Nissan Motor Acceptance Corp.,    14841 Dallas Parkway,    Suite 425,    Dallas, TX 75254-8067
518453509      +Financial Recoveries,    200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
518453511      +Jpmcb Hl,    700 Kansas Lane,    Monroe, LA 71203-4774
518453512      +KML Law Group, P.C.,    216 Haddon Ave, Ste. 406,    Attn: Nicholas J. Zabala, Esq.,
                 Westmont, NJ 08108-2812
518453513      +Naima Perry,    1418 Belleview Ave,    Camden, NJ 08103-2921
518453514      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
518453519      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 22 2020 23:14:47     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2020 23:14:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518453506      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 22 2020 23:14:41     Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518453507      +E-mail/Text: mrdiscen@discover.com Apr 22 2020 23:14:16     Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
518453510       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 22 2020 23:18:22     Jpmcb Card,
                 Po Box 15298,    Wilmington, DE 19850
518453515      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 23:17:42     Syncb/gapdc,    Po Box 965005,
                 Orlando, FL 32896-5005
518453516      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 23:17:41     Syncb/tjx Cos,    Po Box 965015,
                 Orlando, FL 32896-5015
518453517      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 23:17:41     Syncb/tjx Cos Dc,    Po Box 965015,
                 Orlando, FL 32896-5015
518453518      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 23:17:41     Syncb/whitehall,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518455416      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 23:17:10     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518453508     ##+Ditech Financial Llc,    Po Box 6172,    Rapid City, SD 57709-6172
                                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2020 at the address(es) listed below:
```
              Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.axosfs.com
              Charles M. Izzo    on behalf of Debtor Terrance  Mills cminj2001@yahoo.com,
               izzocr79754@notify.bestcase.com
              Charles M. Izzo    on behalf of Joint Debtor Aisha  Mills cminj2001@yahoo.com,
               izzocr79754@notify.bestcase.com
```

```
District/off: 0312-1           User: admin                 Page 2 of 2                  Date Rcvd: Apr 22, 2020
                               Form ID: pdf905             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 6