| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* |
| In Re:<br><br>Terrance Mills<br>and<br>Aisha Mills<br><br>     Debtors. |

**Order Filed on May 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-27375-ABA
Chapter: 7
Hearing Date: May 26, 2020
Judge: Andrew B. Altenburg Jr., U.S.B.J

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER VACATING AUTOMATIC STAY

 The relief set forth on the following pages is hereby **ORDERED**.

**DATED:** May 26, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

11

Debtor: Terrance Mills and Aisha Mills
Case No.:19-27375-ABA
Caption of Order: Order Vacating Automatic Stay

Upon the Motion of NewRez, LLC d/b/a Shellpoint Mortgage Servicing, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's right in the following:

Real property more fully described as: 1909 Greenwood Drive, Lindenwold, NJ 08021, also known as Unit Number 1909 in the Village of Timbercreek Condominium recorded in Camden County also known as Block 240, Lot 905C1909 in the City of Lindenwold, County of Camden, State of New Jersey.

It is further ORDERED that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.

- .

United States Bankruptcy Court
District of New Jersey

```
In re:                                                                Case No. 19-27375-ABA
Terrance Mills                                                        Chapter 7
Aisha Mills
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: May 26, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db/jdb          +Terrance Mills,    Aisha Mills,    51 Bryces Court,    Sicklerville, NJ 08081-1675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Brian Thomas    on behalf of Trustee Brian Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian Thomas    brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com
              Charles M. Izzo    on behalf of Debtor Terrance Mills cminj2001@yahoo.com,
               izzocr79754@notify.bestcase.com
              Charles M. Izzo    on behalf of Joint Debtor Aisha Mills cminj2001@yahoo.com,
               izzocr79754@notify.bestcase.com
              Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7