Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                              Case No.: 19−27375−ABA
                              Chapter: 7
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Terrance Mills | Aisha Mills |
| 51 Bryces Court | 51 Bryces Court |
| Sicklerville, NJ 08081 | Sicklerville, NJ 08081 |

Social Security No.:
  xxx−xx−9624                               xxx−xx−6635

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 12, 2020</u>                     <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court